PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00028-ADA-BAM |
| Plaintiff, | STIPULATION TO SCHEDULE ARRAIGNMENT AND CHANGE OF PLEA ON INFORMATION AND ORDER |
| v. | |
| ADRIAN MAGANA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The government filed the Information in this case on February 14, 2023.

2. The defendant signed a plea agreement on February 12, 2023, agreeing to plead guilty to the one-count Information.

3. By this stipulation, the parties now move to set the case for arraignment and change of plea on March 27, 2023 at 8:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2023, to March 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(G), as it results from consideration by the Court of the proposed plea agreement filed at docket number 2.

IT IS SO STIPULATED.

1

1  Dated: February 15, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

6  Dated: February 15, 2023

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
ADRIAN MAGANA

# **ORDER**

IT IS SO ORDERED a change of plea hearing is set for **March 27, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(G).

IT IS SO ORDERED.

Dated:   **February 15, 2023**           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE