# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED**
Feb 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

ADRIAN MAGANA
*Defendant*

Case No. **1:23-cr-00028-ADA-BAM**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/13/23

*Adrian Magana*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Melissa Baloian
Printed name of defendant's attorney

*[signature]*
Judge's signature

United States District Judge
Judge's printed name and title