1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-CR-00028-ADA-BAM
12 |                Plaintiff, | FINAL ORDER OF FORFEITURE
13 | v. |
14 | ADRIAN MAGANA, |
15 |                Defendant. |

16

17    On May 11, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the

18 provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement

19 entered into between plaintiff and defendant Adrian Magana, forfeiting to the United States the

20 following property:

21        a.  Two plastic, red, drop-in auto sears.

22    Beginning on May 20, 2023, for at least thirty (30) consecutive days, the United States

23 published notice of the Court's Order of Forfeiture on the official internet government

24 forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right

25 to petition the Court within sixty (60) days from the first day of publication of the notice for a

26 hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

27    The Court has been advised that no third party has filed a claim to the subject property

28 and the time for any person or entity to file a claim has expired.

FINAL ORDER OF FORFEITURE                        1

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Adrian Magana.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 9, 2023

UNITED STATES DISTRICT JUDGE